```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA        :        **TRANSPORTATION ORDER**
                                         24 Cr. 638 (LAK)
            - v -                :

BRANDALENE HORN,                 :

            Defendant.           :
------------------------------------x

Upon the application of **Brandalene Horn**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Ms. Horn with funds to cover the cost of transportation from Detroit, MI to New York, NY, for Ms. Horn's arraignment and pre-trial conference in the Southern District of New York, which is scheduled for Tuesday, December 17 at 10:00 a.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York        SO ORDERED:
         December 11, 2024

                                   _____
                                   HONORABLE LEWIS A. KAPLAN
                                   United States District Judge