UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
UNITED STATES OF AMERICA

                                                    24-CR-638 (LAK)
                    -against-


BRANDALENE HORN,

                            Defendant.
------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/24

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          In response to the Pretrial Services violation memo dated December 6, 2024, the Court held a bail review hearing today.  Accordingly, the following bail modification is ORDERED:

          The defendant's bail conditions are modified to include the requirement that she surrender to a residential drug treatment program as soon as she is notified by the Michigan Pretrial Services Office that a spot is available; furthermore, it is required that she complete the program.  The defendant's failure to comply with the conditions of the program may result in revocation of her bail and remand pending trial.

          SO ORDERED.

Dated:        December 17, 2024

                                                    _____
                                                        Lewis A. Kaplan
                                                    United States District Judge