```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
UNITED STATES OF AMERICA          :     TRANSPORTATION ORDER
                                        24 Cr. 638 (LAK)
        - v -                     :

BRANDALENE HORN,                  :

                Defendant.        :
-----------------------------------x
```

Upon the application of **Brandalene Horn**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Ms. Horn with funds to cover the cost of transportation from Detroit, MI to New York, NY, for Ms. Horn's anticipated change-of-plea in the Southern District of New York, which is scheduled for Thursday, May 15, 2025 at 10:00 a.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York          SO ORDERED:
         May 8, 2025

_____
J. PAUL OETKEN
United States District Judge

                                                    Part I