# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-25

**BY ECF & EMAIL**

August 29, 2025

Hon. Lewis A. Kaplan
District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. Brandalene Horn, 24-CR-638 (LAK)**

Dear Judge Kaplan:

The Defense writes to request a continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. The continuance is needed for the Defense to collect necessary documents for the sentencing hearing and the forthcoming sentencing submission.

The current sentencing date is scheduled for September 24, 2025. There have been no previous requests for adjournment of sentencing. Undersigned counsel has communicated with the government, and they do not oppose this request.

The dates of October 27, 29, and 31 work for both parties for the rescheduling of the sentencing date, with the respective submissions adjusted to conform with the Court's Individual Practices.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Adjourned until 10/29/25 at 9:30 am

SO ORDERED
LEWIS A. KAPLAN, USDJ
9/3/25