```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------
UNITED STATES OF AMERICA          :        TRANSPORTATION ORDER
                                           24 Cr. 638 (LAK)
          - v -                   :

BRANDALENE HORN,                  :

                Defendant.        :

---------------------------------x
```

Upon the application of **Brandalene Horn,** by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Ms. Horn with funds to cover the cost of transportation from Detroit, MI to New York, NY, for Ms. Horn's anticipated sentencing in the Southern District of New York, which is scheduled for Wednesday, October 29, 2025 at 3:00 p.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
        October 10, 2025

                                     /s/Hon. Lewis A. Kaplan
                                    _____
                                    HONORABLE LEWIS A. KAPLAN
                                    United States District Judge