USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE-FILED: 3-10-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

UNITED STATES OF AMERICA

    -v.-

BRANDALENE HORN,
        a/k/a "Brandy Horn,"
        a/k/a "Brandy Silvey,"
        a/k/a "Brandy Barror,"

        Defendant.

------------------------------------ X

**FINAL ORDER OF
FORFEITURE**

24 Cr. 638 (LAK)

WHEREAS, on or about October 29, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 56), which ordered the forfeiture to the United States of all right, title and interest of BRANDALENE HORN (the "Defendant") in the following property:

a. Rays for Days orange floral dress with barcode 10195577 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

b. Spell black crochet pants seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

c. Lioness jeans seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

d. Pilco coveralls seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

e. Parker striped dress with barcode 11222813 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

f. Nigel Xavier tie dye jacket seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

g. Sipos black jacket seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

h. Bank NYC sequin jacket with barcode M10181625 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

i. Baobob dress with barcode S10540384 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

j. Lovesick black and red jeans seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

k. Lovesick black button up black shirt seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

l. Love & Lemons black dress seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

m. Monse black pants with barcode 15844479 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

n. Monse black pants with barcode 15844609 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

o. Catherine Deane white floral corset seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

p. Alice McCall black dress seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

q. Alice McCall blue dress seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

r. Milk It blue belted cord blazer seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

s. Sea NY cream dress with Real Real Tag seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

t. Farm Rio dress with barcode T12202603 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

u. Patou green pants with barcode 15147599 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

v. Milk It blue corduroy vest seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

2

w. Milk It blue corduroy pants seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

x. Citizens of Humanity jean jumpsuit seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

y. Levi's tie dye jeans with barcode NU1050892798 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

z. BHLDN dress with barcode NU1055906922 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

aa. Spell white crochet pants seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

bb. Free People dress seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

cc. Sea NY shorts seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

dd. Spell orange floral bra seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

ee. Rent with Runway multicolored chunky bracelet seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

ff. Rent with Runway silver/white beaded bracelet seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

gg. Rent with Runway turquoise beaded necklace and metal hoop seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

hh. Lizzie Fortunato necklace with barcode 90428059 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

ii. Lizzie Fortunato bag with barcode 90291167 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

jj. Marchesa Notte black/gold dress seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

3

kk. True Religion jeans seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

ll. Spell button-up jean shirt seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

mm. Missoma necklace with barcode 90425230 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

nn. Saachi Afghan sweater seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

oo. Spell furry coat seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

pp. Tach crochet sweater with barcode NU1038003975 seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

qq. Classic Rock Culture Jacket seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

rr. Greater Good jacket seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024; and

ss. Hippie Shake Heroes coat seized from the Defendant's residence in Freeland Michigan, on or about February 14, 2024;

(a. through ss., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

4

notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 18, 2025, for thirty (30) consecutive days, through January 16, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 9, 2026 (D.E. 61);

WHEREAS, on or about December 5, 2025, the Notice of the Preliminary Order of Forfeiture was sent by Electronic Mail to the following:

> Rent the Runway
> c/o Hadassa R. Waxman, Esq.
> Proskauer Rose, LLP
> HWaxman@proskauer.com

(the "Noticed Party-1");

WHEREAS, on or about December 5, 2025, the Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

> Nuuly
> c/o Tricia K. Barrett, Esq.
> Urban Outfitters Inc.
> 500 South Broad Street

Philadelphia, PA 19112-1495

(together, with Noticed Party-1, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.     Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.     The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk shall terminate Dkt. 62

Dated: New York, New York
       March 10, 2026

SO ORDERED:

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE